APPEAL No. 1972. ROLAND LAMAIRE *et al. v.* RICHARD K. AMAZINE. Motion of appellant, Richard K. Amazine, to remand papers to the Superior Court for the purpose of moving in that court for leave to file a supplemental pleading under

Super. R. Civ. P. 15(d), claiming a discharge in bankruptcy, is denied without prejudice to right of appellant to renew motion at hearing on merits. *David H. Sholes,* for plaintiffs-appellees. *Aram K. Berberian,* for defendant-appellant.